**Patricia A. SMALLS, Plaintiff—
Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.**

No. 04–2520.

United States Court of Appeals,
Fourth Circuit.

Submitted June 30, 2005.

Decided July 28, 2005.

John S. Nichols, Bluestein & Nichols, LLC, Columbia, South Carolina, for Appellant. Frank W. Hunger, Assistant Attorney General, Jonathan S. Gasser, Acting United States Attorney, Marvin J. Caughman, Assistant United States Attorney, Deana R. Ertl–Lombardi, Regional Chief Counsel, William T. Dawson, Assistant Regional Counsel, Denver, Colorado, for Appellee.

Before LUTTIG, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patricia A. Smalls appeals the district court's order accepting the magistrate judge's recommendation to affirm the Commissioner's denial of disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the materials submitted in the joint appendix, the parties' briefs, and the district court's order, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smalls v. Barnhart,* No. CA–03–1573–4–27BH (D.S.C. filed Sept. 27, 2004 & entered Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED